UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
June 15, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.  2:10-mj-170 KJM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| YAN AKHUMOV, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Yan Akhumov</u>; Case  <u>2:10-mj-170 KJM</u>  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   ___   Release on Personal Recognizance

   ___   Bail Posted in the Sum of _____

   _X_   Unsecured bond in the amount of $25,000.

   ___   Appearance Bond with 10% Deposit

   ___   Appearance Bond secured by Real Property

   ___   Corporate Surety Bail Bond

   _X_   (Other) <u>Pretrial conditions/supervision;</u>

Issued at  <u>Sacramento, CA</u>  on <u>6/15/2010</u>      at  2:21 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge