```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ROBIN R. TAYLOR
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9               FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  CASE NO. 2:10-mj-00170-KJM
                                 )
12              Plaintiff,       )
                                 )  STIPULATION AND ORDER
13       v.                      )  CONTINUING PRELIMINARY
                                 )  EXAMINATION AND EXCLUDING TIME
14                               )
    YAN AKHUMOV,                 )
15              Defendant.       )
                                 )
16  _____)
17
```

18      The United States of America, through counsel of record,
19 Assistant United States Attorney Robin R. Taylor, and defendant Yan
20 Akhumov, by and through his counsel of record, Kyle R. Knapp, Esq.,
21 respectfully request that the Preliminary Examination currently set
22 for Friday, July 30, 2010, be continued and heard on Friday, August
23 20, 2010 at 2:00 p.m. before Magistrate Judge Kimberly J. Mueller in
24 Courtroom 26.  The defendant consents to the extension of time and
25 stipulates that there is good cause for the continuance as required
26 by Fed.R.Crim.P. Rules 5.1 and 5.1(d).  Defense counsel represents
27 that he needs additional time to review discovery, meet with his
28 client and meet with the government to discuss case status and

1  possible resolution.  The defendant is aware of the request for
2  continuance and approves it.

                                    Respectfully submitted,


                                    BENJAMIN B. WAGNER
                                    United States Attorney

7  Dated: July 6, 2010          /s/ Robin Taylor
                            By: ROBIN R. TAYLOR
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

10 Dated: July 6, 2010           /s/ Kyle Knapp
                                KYLE ROGER KNAPP
                                Attorney for Defendant

**ORDER**

   For good cause shown above,

   **IT IS SO ORDERED.**

15 Dated: July 7, 2010           /s/ Edmund F. Brennan
                                EDMUND F. BRENNAN
                                US MAGISTRATE JUDGE
                                UNITED STATES DISTRICT COURT