1  KYLE R. KNAPP, Bar #166597
   Attorney at Law
2  1120 D Street, Suite 100
   Sacramento, California  95814
3  Telephone: (916) 441-4717
   FAX: 916-441-4299
4

5  Attorney for Defendant
   YAN AKHUMOV
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,         )   NO. 2:10-MJ-00170-KJM
11                                   )
                 Plaintiff,          )   STIPULATION AND ORDER
12                                   )   CONTINUING PRELIMINARY
        v.                           )   EXAMINATION AND EXCLUDING
13                                   )   TIME
                                     )
14                                   )
                                     )
15                                   )
   YAN AKHUMOV                       )
16               Defendant.          )
   _____     )
17

18      Yan Akhumov, by and through his counsel, Kyle R. Knapp, and the United States of

19  America, by and through counsel of record, Assistant United States Attorney, Robin R. Taylor,

20  respectfully request that the Preliminary Examination currently set for Friday, September 24,

21  2010, be continued and heard on Thursday October 28, 2010 at 2:00pm before Magistrate

22  Kimberly Mueller in Courtroom 26.  Both the government and Mr. Akhumov consent to the

23  extension of time and stipulate that there is good cause for the continuance as required by

24  Fed.R.Crim.P. Rules 5.1 and 5.1(d).  Defense counsel on behalf of Mr. Akhumov, represents that

25  he needs more time to review recently received discovery to explore the amount of the alleged

26  loss; meet with my client on the factual issues and finally to formally meet with the government to

27  discuss potential resolution of the case.

28  //

1 | Mr. Akhumov is aware of this request and approves of it.

2 | Dated: September 17, 2010

3 | /s/ Kyle R. Knapp
Counsel for Yan Akhumov
4 | Email: kyleknapp@sbcglobal.net

5 |

6 | Dated: September 17, 2010

7 | /s/ Robin Taylor
Assistant U.S. Attorney
8 | Attorney for Plaintiff

9 |

10 | **ORDER**

11 | For good cause shown above,

12 | **IT IS SO ORDERED.**

13 | Dated: September 20, 2010

14 | /s/ Kendall J. Newman
KENDAL J. NEWMAN
15 | US MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

CERTIFICATE OF SERVICE

I am an active member of the State Bar of California and am not a party to this action. My business address is 1120 D Street, Suite 100, Sacramento, CA 95814.

On September 17, 2010, I caused to be served a copy of the attached Joint Motion to Continue Preliminary Hearing on the following parties by electronically filing the foregoing with the clerk of the District Court using its ECF system, which electronically notifies them.

Robin Taylor, Assistant U.S. Attorney

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of September, 2010 at Sacramento, CA

/s/ Kyle R. Knapp
KYLE R. KNAPP
Attorney for Defendant
Yan Akhumov