BENJAMIN B. WAGNER
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-mj-0170-KJM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING PRELIMINARY EXAMINATION AND EXCLUDING TIME |
| YAN AKHUMOV, | |
| Defendant. | |

      The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, and defendant Yan Akhumov, by and through his counsel of record, Kyle R. Knapp, Esq., respectfully request that the Preliminary Examination currently set for Friday, November 19, 2010, be continued and heard on Friday, December 17, 2010.  The defendant consents to the extension of time and stipulates that there is good cause for the continuance as required by Fed.R.Crim.P. Rules 5.1 and 5.1(d).  Defense counsel represents that he needs additional time to review discovery.  He recently examined an evidence storage unit that contained more than 87,000 units of alleged counterfeited motion picture DVDs and music

CDs.  He is continuing to meet with the United States and his client to discuss valuation and a possible plea agreement.  The defendant is aware of the request for continuance and approves it.

                                      Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated: November 19, 2010      /S/ Robin R. Taylor
                                  By: ROBIN R. TAYLOR
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

Dated: November 19, 2010      /s/ Kyle Knapp
                                  KYLE ROGER KNAPP
                                  Attorney for Defendant

**ORDER**

    For good cause shown above,

    **IT IS SO ORDERED.**[1]

Dated: November 19, 2010       /s/ Gregory G. Hollows
                                    _____
                                    HON. GREGORY G. HOLLOWS
                                    United States Magistrate Judge

---

[1] The court notes that the parties have not requested any toling of the Speedy Trial Act with respect to filing an indictment.

2