BENJAMIN B. WAGNER
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:10-mj-0170-KJM |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING PRELIMINARY |
| ) | EXAMINATION AND EXCLUDING TIME |
| YAN AKHUMOV, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, and defendant Yan Akhumov, by and through his counsel of record, Kyle R. Knapp, Esq., respectfully request that the Preliminary Examination currently set for Friday, December 17, 2010, be continued and heard on Friday, February 4, 2011. The defendant consents to the extension of time and stipulates that there is good cause for the continuance as required by Fed.R.Crim.P. Rules 5.1 and 5.1(d). Defense counsel represents that he needs additional time to review discovery. He recently examined an evidence storage unit that contained more than 87,000 units of alleged counterfeited

motion picture DVDs and music CDs. The defendant and the United States have agreed that a more thorough inventory of the seized motion picture DVDs and music CDs may be needed. Based on the volume of evidence, this is a time intensive effort. Counsel is also continuing to meet with the United States and his client to discuss valuation and a possible plea agreement. The defendant is aware of the request for continuance and approves it.

                                      Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated: December 9, 2010       /S/ Robin R. Taylor
                               By: ROBIN R. TAYLOR
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

Dated: December 9, 2010       /s/ Kyle Knapp
                                      KYLE ROGER KNAPP
                                      Attorney for Defendant

**ORDER**

For good cause shown above, the preliminary examination set for December 17, 2010 at 2:00 PM before Magistrate Judge Kendall J. Newman is VACATED and RESET for February 4, 2011 at 2:00 PM before Magistrate Judge Gregory G. Hollows. The Court finds there is good cause for this continuance required by Fed.R.Crim.P. Rules 5.1 and 5.1(d).

**IT IS SO ORDERED.**

Dated: December 15th, 2010

*/s/ Kendall J. Newman*
_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE