1  **KYLE R. KNAPP**
   **Attorney at Law**
2  California State Bar No. 166597
   1120 D Street, Suite 100
3  Sacramento, CA 95814
   Telephone: (916) 441-4717
4

5  Attorneys for YAN AKHUMOV

6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,        )   CASE NO. 11CR00092-LKK
                                    )
11                Plaintiff,        )
                                    )
12                                  )   EX PARTE REQUEST FOR ORDER DELAYING
   v.                               )   VOLUNTARY SURRENDER DATE BY TWO
13                                  )   WEEKS AND ORDER THEREON
                                    )
14 YAN AKHUMOV,                     )
                                    )   Judge: Hon. Lawrence K. Karlton
15                Defendant.        )
                                    )
16 _____  )

17

18       By and through counsel, Yan Akhumov request a two week extension of his September 23, 2011 self

19 surrender date to October 7, 2011.

20       The Court sentenced Yan Akhumov to 18 months on August 9, 2011. An unexpected hardship has

21 arisen. Mr. Akhumov thought his wife and two young sons, ages 6 an 7, would be able to reside with his

22 parents during his incarceration. They formerly had lived together for several years. Mr. Akhumov's father

23 recently purchased a home and moved out of the house he had been sharing with Yan and his family. He

24 surprised Yan by telling him that he does not want Yan's wife and his grandchildren living with him. Yan

25 has been trying to find suitable living arrangements for his family. He has found an apartment to rent and

26 is still in the process of packing, moving and putting things in storage. The logistics are still quite up in the

27 air. Furthermore, given that his father is unwilling to help house and support his wife and children, Mr.

28 Akhumov is trying to get several personal loans. That process is also not complete.

1 I spoke with AUSA Matthew Segal regarding this request and he indicated that he did not have a
2 position on the request. I also spoke with Rebecca Fidelman, his pretrial services officer and she informed
3 me that Mr. Akhumov is in full compliance with all of his pretrial release conditions.

4 Dated: September 21, 2011.				Respectfully submitted,

6 						/s/ KYLE R. KNAPP
7 						Kyle R. Knapp, Attorney for Defendant

1  ORDER

2  IT IS SO ORDERED.  The date and time for self surrender are continued to October 7, 2011.  All
3  other terms and conditions of the defendant's sentence and release are in full force and effect.
4  Dated: September 21, 2011

```
                    _____
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```